**WOOD v. BINGHAM**, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by John R. Wood against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion for permanent injunction denied, with costs, and temporary injunction 'vacated.

**WOODBURY et al.**, Appellants, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Cora Woodbury and Benjamin Patterson, as administrators, etc., of John H. Woodbury, deceased, against the New York Times Company. No opinion. Order affirmed, with $10 costs and disbursements.

**WOODS**, Respondent, v. ADLER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Albert H. Woods against Jacob P. Adler. B. N. Cardozo, for appellant. D. Gerber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**WOODS**, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Mary A. Woods, an infant, etc., by Bridget Woods, her guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 128 App. Div. 235, 112 N. Y. Supp. 680.

**W. R. HOWARD & CO.**, Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by W. R. Howard & Co. against Daniel Marks. E. J. Bernheimer, for appellant. J. E. Murphy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**WURSTER et al.**, Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 23, .1909.) Action by Frederick W. Wurster and others against the City of New York and others. No opinion. Reargument ordered, and case set down for Monday, November 15, 1909. See, also, 115 N. Y. Supp. 192.

**YALE & TOWNE MFG. CO.**, Appellant, v. HOLLINGSHEAD et al., Respondents. (Actions Nos. 1 and 2.) (Supreme Court, Appellate Division. Second Department. June 18, 1909.) Actions by the Yale & Towne Manufacturing Company against John P. Hollingshead and others. No opinion. Judgments of the Municipal Court affirmed, with costs.

**YOUNG**, Respondent, v. LOSHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William M. Young against David Loshen and another. No opinion. Judgment and order affirmed, with costs.

**YOUNG**, Appellant, v. MESEROLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William M. Young against William H. Meserole. No opinion. Judgment and order affirmed, with costs.

**YOUNG**, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Benjamin Young against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment affirmed, with costs.
KRUSE, J., dissents.

**YOUNG ITALY OF UNITED STATES**, Appellant, v. MAGGIO et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the Young Italy of the United States against Giuseppe L. Maggio and others. F. M. Franklin, for appellant. G. L. Maggio, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**ZAFFRAM**, Respondent, v. UNITED STATES GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Antonio Zaffram against the United States Gypsum Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

**ZIEGFELD**, Respondent, v. NORWORTH et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1900.) Action by Florenz Ziegfeld, Jr., against Nora B. Norworth and another. W. Klein, for appellants. D. Gerber, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM and SCOTT, JJ., dissent.

**ZINK**, Respondent, v. OTTO, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Adolph Zink, Jr., against Fred C. Otto. No opinion. Motion to dismiss appeal granted, with costs.

END OF CASES IN VOL. 118.

*